1  Jack T. Friedman, No. 068134
   Larry B. Panek, No. 132588
2  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  1676 N. California Blvd, Suite 620
   Walnut Creek, CA  94596-4124
4  Telephone:      925.944.6080
   Facsimile:       925.256.3110
5  Email:            jfriedman@cbmlaw.com
                    lpanek@cbmlaw.com
6
   Attorneys for Defendant
7  DISCOVER PROPERTY AND CASUALTY INSURANCE
   COMPANY
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   | GUY A. PIERCE, II, ASHTON OTIS-PIERCE, DIAMOND PIERCE, a minor, by and through her Guardian Ad Litem, Carrie Rosell, CHELSEA ROSELL and JONATHAN ROSELL, minors, by and through their Guardian Ad Litem, Gerald R. Rosell, and LORI ROSELL-PIERCE, as Successors In Interest of GUY ALDIN PIERCE, deceased, | Civil Action No. 2:10-CV-00959-JAM-KJM |
   |---|---|
   | | **STIPULATED REQUEST FOR EXTENSION OF DISCOVERY DEADLINE, BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS AND MOTION HEARING DATES** |
   | Plaintiffs, | |
   | v. | |
   | DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
   | Defendants. | |

23
24          The parties to this action, through counsel, present this Stipulated Request to
25  extend the discovery deadline and to adopt a stipulated briefing schedule for counter-
26  motions for summary judgment.
27          1.    Plaintiffs are the survivors and heirs of decedent Guy Pierce.  Defendant
28  is an insurance company that issued an insurance policy that provided coverage with

CBM-WC\WC076306

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  respect to a vehicle driven by Mr. Pierce.  This dispute arises over whether or not the
2  policy issued by defendant Discover Property and Casualty Insurance Company has any
3  obligation to pay uninsured motorist benefits with respect to the incident involving
4  decedent Pierce.

5      2.    The parties have diligently pursued discovery and investigation of this
6  matter.  They have recently completed depositions of a key witness of the incident and of
7  the California Highway Patrol officer who was responsible for writing the police report of
8  the incident involving the deceased party in this matter.  During the deposition of the CHP
9  officer the parties learned that there are, in fact, additional portions of the police report
10 including digital photographs, that had not previously been produced in response to a
11 request for copies of the police report.  The parties have promptly sought production of
12 those additional documents pursuant to subpoena.  The parties believe the photographs
13 and related materials may be important for their counter-motions for summary judgment.

14     3.    The current discovery deadline is March 11, 2011.  The parties request
15 additional time to allow the subpoena of records and photographs to be returned and, if
16 necessary, to complete as many as two additional depositions related to those materials
17 and the incident.

18     4.    The parties anticipate that this matter will likely be resolved on motions
19 for summary judgment.  The parties will attempt to agree on and stipulate to factual issues
20 in order to minimize the amount of briefing and number of exhibits necessary for the
21 counter-motions for summary judgment.

22     5.    Accordingly, the parties hereby request by stipulation the following:
23     a.    That the discovery cut-off be moved to April 18, 2011.
24     b.    That the hearing date for the counter-motions for summary
25 judgment be set for June 15, 2011 or as close to that date as reasonably possible.
26     c.    That opening motion papers be filed on or before May 13, 2011,
27 that opposing briefs and papers be filed on or before May 27, 2011, and that reply briefs,
28 if any, be filed on or before June 3, 2011.

CBM-WC\WC076306     -2-

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

    d. That Joint Pre-trial statements be filed by July 22, 2011.

    e. That the Pre-trial conference be held on July 29, 2011 at 10:00 a.m.

    f. That the Jury Trial be held on September 12, 2011 at 9:00 a.m.

  6. This request is made in good faith and for good cause and the parties believe it will result in a more expeditious and efficient summary judgment process. The parties anticipate that the summary judgment process will likely resolve the case.

Dated:  March 11, 2011

GUENARD & BOZARTH, LLP

By s/B. Ross Bozarth
B. Ross Bozarth
Attorneys for Plaintiffs

Dated:  March 11, 2011

CARROLL, BURDICK & McDONOUGH LLP

By s/Larry B. Panek
Larry B. Panek
Attorneys for Defendant
DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY

## **ORDER**

Based on the parties' stipulation and good cause appearing therefore, it is hereby ordered that the discovery deadline is continued to and including April 11, 2011.

It is further ordered that the hearing date for summary judgment shall be set according to the proposed stipulated schedule of the parties. The hearing will be on June 15, 2011 at 9:30 a.m., opening briefs will be due on May 13, 2011, opposing briefs will be due on May 27, 2011, reply briefs will be due on or before June 3, 2011, joint pre-trial statement shall be filed by July 22, 2011, the pre-trial conference shall be held on July 29, 2011 at 10:00 a.m., and the jury trial shall begin on September 12, 2011 at 9:00 a.m.

CBM-WC\WC076306

-3-

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

These dates supersede any dates set in any prior order that are in conflict therewith.

IT IS SO ORDERED.

Dated:  4/6/2011                    /s/ John A. Mendez_____
                                    The Hon. John A. Mendez
                                    Judge of the U.S. District Court

CBM-WC\WC076306                -4-

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com