1  Jack T. Friedman, No. 068134
   Larry B. Panek, No. 132588
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  1676 N. California Blvd, Suite 620
   Walnut Creek, CA  94596-4124
4  Telephone:       925.944.6080
   Facsimile:        925.256.3110
5  Email:             jfriedman@cbmlaw.com
                     lpanek@cbmlaw.com
6
   Attorneys for Defendant
7  DISCOVER PROPERTY AND CASUALTY INSURANCE
   COMPANY
8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11
   | | |
   |---|---|
   | GUY A. PIERCE, II, ASHTON OTIS-PIERCE, DIAMOND PIERCE, a minor, by and through her Guardian Ad Litem, Carrie Rosell, CHELSEA ROSELL and JONATHAN ROSELL, minors, by and through their Guardian Ad Litem, Gerald R. Rosell, and LORI ROSELL-PIERCE, as Successors In Interest of GUY ALDIN PIERCE, deceased,<br><br>               Plaintiffs,<br><br>     v.<br><br>DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>               Defendants. | Civil Action No. 2:10-CV-00959-JAM-KJM<br><br>**STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS AND MOTION HEARING DATES** |

23         The parties to this action, through counsel, present this Stipulated Request to

24  extend and to adopt a stipulated briefing schedule for counter-motions for summary

25  judgment.

26         1.      Plaintiffs are the survivors and heirs of decedent Guy Pierce.  Defendant

27  is an insurance company that issued an insurance policy that provided coverage with

28  respect to a vehicle driven by Mr. Pierce.  This dispute arises over whether or not the

CBM-WC\SF511272

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

policy issued by defendant Discover Property and Casualty Insurance Company has any obligation to pay uninsured motorist benefits with respect to the incident involving decedent Pierce.

2.   The parties anticipate that this matter will likely be resolved on motions for summary judgment.  The parties will attempt to agree on and stipulate to factual issues in order to minimize the amount of briefing and number of exhibits necessary for the counter-motions for summary judgment.  The parties request a modification of the briefing schedule as set forth below to maximize their opportunity to agree to such factual stipulations.

3.   Accordingly, the parties hereby request by stipulation the following:

   a.   That the hearing date for the counter-motions for summary judgment be set for June 29, 2011 at 9:30 a.m.

   b.   That opening motion papers be filed on or before May 27, 2011, that opposing briefs and papers be filed on or before June 10, 2011, and that reply briefs, if any, be filed on or before June 17, 2011.

4.   This request is made in good faith and for good cause and the parties believe it will result in a more expeditious and efficient summary judgment process.  The parties anticipate that the summary judgment process will likely resolve the case.

Dated:  May 12, 2011
GUENARD & BOZARTH, LLP


By          /s/
B. Ross Bozarth
Attorneys for Plaintiffs

Dated:  May 12, 2011
CARROLL, BURDICK & McDONOUGH LLP


By          /s/
Larry B. Panek
Attorneys for Defendant
DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY

CBM-WC\SF511272                    -2-

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the parties' stipulation and good cause appearing therefore, it is hereby ordered that the hearing date for summary judgment shall be set according to the proposed stipulated schedule of the parties.  The hearing will be on June 29, 2011 at 9:30 a.m., opening briefs will be due on May 27, 2011, opposing briefs will be due on June 10, 2011, and reply briefs will be due on or before June 17, 2011.

These dates supersede any dates set in any prior order that are in conflict therewith.

IT IS SO ORDERED.

Dated:   5/12/2011                     /s/ John A. Mendez_____
                                       The Hon. John A. Mendez
                                       Judge of the U.S. District Court

CBM-WC\SF511272

-3-

**STIPULATED REQUEST & [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com