1  Glenn Guenard, SBN 129453
   Ross Bozarth, SBN 179171
2  GUENARD & BOZARTH
   8840 Elk Grove Blvd.
3  Elk Grove, CA 95624
   Telephone: (916) 714-7672
4  Facsimile: (916) 714-9031

5  Mark La Rocque, Esq. / SBN 178091
   Law Office of Mark La Rocque
6  725 30th Street, Suite 100
   Sacramento, CA  95816
7  Telephone: (916) 498-0431
   Facsimile: (916) 498-1351
8

9  Attorneys for Plaintiffs

10                  UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | **GUY A. PIERCE, II, ASHTON OTIS-PIERCE, DIAMOND PIERCE, a minor, by and through her Guardian Ad Litem, Carrie Rosell, CHELSEA ROSELL and JONATHAN ROSELL, minors, by and through their Guardian Ad Litem, Gerald R. Rosell, and LORI ROSELL-PIERCE, as Successors In Interest of GUY ALDIN PIERCE, deceased,**

       **Plaintiffs**

    v.

    **DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY,**

       **Defendants**. | Case No. 2:10-CV-00959-JAM-KJM

STIPULATION AND ORDER RE SEALING OF CONFIDENTIAL INFORMATION

Date:   June 29, 2011
Time:   9:30 a.m.
Courtroom: No. 6
Judge: Hon. John A. Mendez

IT IS HEREBY STIPULATED by the parties herein, by and through their respective attorneys of record, as follows:

1. Plaintiffs and Defendant filed separate motions for summary judgment on May 27, 2011.

2. Both Plaintiffs' motion and Defendant's motion contained a copy of the traffic collision report related to the accident.  That report contained confidential information in the form of the dates of birth and other personal information related to witnesses and drivers involved in the accident.

Stipulation Re Confidential Information            1

3. Plaintiffs and Defendant wish to have the traffic collision report submitted by both parties as exhibits to following documents sealed pursuant to LR 141.

- Declaration of Ross Bozarth in support of Plaintiff's Motion for Summary Judgment, Exhibit B, Part 1 and Part 2
- Declaration of Ross Bozarth in opposition to Defendant's Motion for Summary Judgment, Exhibit B, Part 1 and Part 2
- Declaration of Larry Panek in support of Defendant's Motion for Summary Judgment, Exhibit C1 and C2

IT IS SO STIPULATED:

Dated: June 27, 2011                    GUENARD & BOZARTH, LLP


By:    s/Ross Bozarth
Ross Bozarth, Attorneys for Plaintiffs

Dated: June 27, 2011                    CARROLL, BURDICK & McDONOUGH, LLP


By:    s/Larry B. Panek
Larry B. Panek, Attorneys for Defendant

IT IS SO ORDERED.

Dated:   June 27, 2011                  /s/ John A. Mendez
The Hon. John A. Mendez,
Judge of the U.S. District Court


CERTIFICATION OF SERVICE

I hereby certify that on June 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Jack T. Friedman, Esq. / SBN 068134
Larry B. Panek, Esq. / SBN 132588
Carroll, Burdick & McDonough, LLP
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596-4124**