Jack T. Friedman, No. 068134
Larry B. Panek, No. 132588
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:     415.989.0932
Email:           jfriedman@cbmlaw.com
                    lpanek@cbmlaw.com

Attorneys for Defendant
DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY A. PIERCE, II, ASHTON OTIS-PIERCE, DIAMOND PIERCE, a minor, by and through her Guardian Ad Litem, Carrie Rosell, CHELSEA ROSELL and JONATHAN ROSELL, minors, by and through their Guardian Ad Litem, Gerald R. Rosell, and LORI ROSELL-PIERCE, as Successors In Interest of GUY ALDIN PIERCE, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:10-CV-00959-JAM-KJM<br><br>**ORDER GRANTING DEFENDANT DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 29, 2011<br>Time:  9:30 a.m.<br>Dept.:  6<br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: March 5, 2010 |

The Motions for Summary Judgment of Defendant DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY's (hereinafter Defendant) and Plaintiffs GUY A. PIERCE, II, ASHTON OTIS-PIERCE, DIAMOND PIERCE, a minor, by and through her Guardian Ad Litem, Carrie Rosell, CHELSEA ROSELL and JONATHAN ROSELL, minors, by and through their Guardian Ad Litem, Gerald R. Rosell, and LORI ROSELL-PIERCE, as Successors In Interest of GUY ALDIN PIERCE (hereinafter

1  Plaintiffs), both came on regularly for hearing before this Court on June 29, 2011.  The
2  court heard both motions simultaneously.  Larry B. Panek appeared as attorney for
3  Defendant and Ross Bozarth appeared as attorney for Plaintiffs.  After considering the
4  moving and opposition papers, arguments of counsel and all other matters presented to the
5  Court,

6        IT IS HEREBY ORDERED that the Defendant's Motion for Summary
7  Judgment is granted and the Plaintiffs' Motion for Summary Judgment is denied.  The
8  Court rules that there are no disputed material facts supporting Defendant's Motion for
9  Summary Judgment.  The Court specifically finds that Defendant's undisputed material
10 fact numbers 1 through 13 are undisputed.  Plaintiffs' argument that there is a dispute as
11 to fact number 9 with respect to the precise distance that the decedent had walked away
12 from the allegedly insured vehicle is not material to the underlying fact that he had left his
13 vehicle at the time he was struck.  Based on the undisputed facts, the court holds that as a
14 matter of law decedent Pierce was not in close physical proximity to the allegedly insured
15 vehicle and was not engaged in an act that was directly and physically related to the
16 vehicle (*see, e.g.*, *Cocking v. State Farm Mutual Automobile Insurance Co.*, 6 Cal.App.3d
17 965 (1970) and *Atlantic Mutual Insurance Co. v. Ruiz*, 123 Cal.App.4th 1197 (2004)) and
18 therefore decedent Guy Aldin Pierce was not "upon" the allegedly insured vehicle.  Thus,
19 decedent Guy Aldin Pierce does not qualify as an insured under the Discover insurance
20 policy at issue.  Accordingly, Plaintiffs' Motion for Summary Judgment is denied and
21 Defendant's Motion for Summary Judgment is, therefore, granted.

22       IT IS SO ORDERED.
23       Dated:  July 25, 2011

24                                     /s/ John A. Mendez_____
25                                     The Honorable John A. Mendez
                                    Judge of the U.S. District Court
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1  APPROVED AS TO FORM:
2  Dated:  July 21, 2010
3                                    GUENARD & BOZARTH
4
5           By _____s/Ross Bozarth_____
                              Ross Bozarth
6           Attorneys for Plaintiffs

CBM-SF\SF517007                     -3-

**[PROPOSED] ORDER RE: MOTIONS FOR SUMMARY JUDGMENT (NO. 2:10-CV-00959-JAM-KJM)**

PDF created with pdfFactory trial version www.pdffactory.com